AO 91 (Rev. 5/85)  Criminal Complaint

# United States District Court

_____ DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.

RAZELLE WILLIAMS

**CRIMINAL COMPLAINT**

CASE NUMBER: 97-MO047-LPC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 21, 1997__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate and foreign commerce with intent to avoid prosecution, custody and confinement under the laws of the Commonwealth of Massachusetts for the crime of murder, in violation of M.G.L. c. 265, §1, which crime is a felony under the laws of the Commonwealth of Massachusetts, from which said laws Razelle Williams has fled

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Deputy U.S. Marshal__ and that this complaint is based on the following
Official Title

facts:

See attached affidavit of Jeffrey L. Bohn

Continued on the attached sheet and made a part hereof:    [X] Yes   [ ] No

Signature of Complainant
JEFFREY L. BOHN

Sworn to before me and subscribed in my presence,

May 15, 1997                                          at          Boston, Massachusetts
Date                                                                      City and State

LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                              Signature of Judicial Officer

## **AFFIDAVIT**

I, Jeffrey L. Bohn, Deputy United States Marshal, assigned to the Federal Bureau of Investigation, being duly sworn, upon my oath depose and state:

1. The Federal Bureau of Investigation has been requested to assist the Suffolk County District Attorney's Office Boston, Massachusetts, in the location and apprehension of RAZELLE WILLIAMS.

2. I have been informed by Lieutenant JAMES CURREN of the Suffolk County District Attorney's Office, Boston, Massachusetts, as follows:

   a. On January 21, 1997, RAZELLE WILLIAMS was charged by complaint in the Dorchester District Court, Boston, Massachusetts with the crime of First Degree Murder. A copy of the complaint is attached hereto as Exhibit A.

   b. The crime of First Degree Murder is a felony under Massachusetts General Laws, Chapter 265, Section 1.

   c. On January 21, 1997, an arrest warrant was issued by Dorchester District Court for the apprehension of RAZELLE WILLIAMS. A copy of this warrant is attached hereto as Exhibit B.

   d. Law Enforcement efforts to locate RAZELLE WILLIAMS within the Commonwealth of Massachusetts have been unsuccessful.

   e. It is believed that RAZELLE WILLIAMS has fled the Commonwealth of Massachusetts because Lieutenant JAMES CURREN

received information that RAZELLE WILLIAMS is currently living in Jamaica.

    f.   The Suffolk County District Attorney's Office, Boston, Massachusetts will rendite RAZELLE WILLIAMS if he is apprehended outside the District of Massachusetts. A copy of the letter so stating is attached hereto as Exhibit C.

                                      _____
                                      JEFFREY L. BOHN
                                      Deputy United States Marshal

Subscribed and sworn to before me on this 15th day of May, 1997.

                                      _____
                                      LAWRENCE P. COHEN
                                      UNITED STATES MAGISTRATE JUDGE

# CRIMINAL COMPLAINT

**Trial Court of Massachusetts**
**District Court Department**

| COURT DIVISION | NAME, ADDRESS AND ZIP CODE OF DEFENDANT |
|---|---|
| DORCHESTER | Razelle Williams |
| CC#70-034-856 | 4 Fernald Terrace |
| | Dorchester, MA 02124 |

TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT:

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below.

| DEFT DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 02/16/71 | 601, 702. |
| DATE OF OFFENSE(S) | PLACE OF OFFENSE(S) |
| 01/20/97 | Castlegate @ Normandy |
| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
| P.O. Kjersgard | B-2/HOMICIDE |
| DATE OF COMPLAINT | RETURN DATE AND TIME |
| 01/22/97 | W A R R A N T |

**COUNT-OFFENSE**
a...MURDER c265 s1

did assault and beat **JOSHUA YATES**, with intent to murder said person, and by such assault and bearing did kill and murder said person, in violation of G.L. c.265, s.1.

**COUNT-OFFENSE**
b...POSS.FIREARM,NOT HOME/WRK,NO LIC. c269 s10(a)

did knowingly have in his or her possession, or under his or her control in a vehicle, a loaded or unloaded firearm, as defined in G.L. c.140, s.121, or a rifle or shotgun said defendant not then being present in or on his or her residence or place of business, and not having in effect a license to carry firearms or otherwise being authorized by law so to do, in violation of G.L. c.269, s.10(a).

I HEREBY CERTIFY THAT THIS IS A TRUE COPY, GIVEN UNDER MY HAND AND SEAL THIS 5TH DAY OF March 1997.

CLERK-MAGISTRATE
ASSISTANT CLERK

| COMPLAINANT | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | ADDITIONAL COUNTS ATTACHED |
|---|---|---|---|
| X | X | 1-21-97 | |

FIRST JUSTICE: HON. SYDNEY HANLON

COURT ADDRESS: 450 Washington Street, Dorchester, MA 02124

A TRUE COPY ATTEST: X  CLERK-MAGISTRATE ASST. CLERK  ON (DATE)

DC-CR 1 (12/95)

Exhibit A

| WARRANT | | | | | | | Commonwealth of Massachusetts |
|---|---|---|---|---|---|---|---|
| Dorchester | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | | | | | | Dorchester |
| | WILLIAMS, RAZELLE<br>4 Fernald Terrace<br>DORCHESTER, MA | | | | | | TO ANY AUTHORIZED OFFICER:<br>REASON FOR WARRANT |
| DATE OF BIRTH<br>02/16/1971 | SEX<br>M | RACE<br>B | HEIGHT<br>0'63" | WEIGHT<br>190 | EYES<br>BRO | HAIR<br>BLK | ☒ Representation of prosecutor that defendant may not appear unless arrested.<br>☐ Defendant failed to appear after being summoned to appear. |
| C.C. #<br>970034856 | SOCIAL SECURITY #<br>- - | | | | | | ☐ Defendant failed to appear after recognizing to appear. |
| DATE OF OFFENSE<br>01/20/1997 | PLACE OF OFFENSE<br>DORCHESTER | | | | | | ☐ Defendant failed to pay court ordered monies in the amount of $_____. |
| COMPLAINANT<br>KEELER, DANEIL M. | POLICE DEPARTMENT<br>BOSTON PD AREA B-2 | | | | | | ☐ Defendant failed to appear for Probation Surrender Hearing. |
| DATE OF COMPLAINT<br>01/21/1997 | RETURN DATE AND TIME | | | | | | ☐ Other: |

COUNT-OFFENSE
A. 1 - 265/1 MURDER c265 §1

on 01/20/97 did assault and beat Joshua Yates, with intent to murder such person, and by such assault and beating did kill and murder such person, in violation of G.L. c.265, §1. (NO DISTRICT COURT FINAL JURISDICTION IN ADULT SESSION.)

COUNT-OFFENSE
B. 1 - 269/10/J FIREARM, CARRY WITHOUT LICENSE c269 §10

on 01/20/97 did knowingly have in his or her possession, or under his or her control in a vehicle, a firearm, as defined in G.L. c.140, §121, or a rifle or shotgun, not then being present in or on his or her residence or place of business, and not having in effect a license to carry firearms or otherwise being authorized by law to do so, in violation of G.L. c.269, §10(a). (PENALTY: state prison not less than 2½ years, not more than 5 years; or jail or house of correction not less than 1 year, not more than 2½ years; no continuance with a finding, filing, or suspended sentence; no reduction of sentence, probation, parole, furlough, or sentence deduction until 1 year served; §10(c): firearm, rifle or shotgun to be ordered forfeited.)

COUNT-OFFENSE
C.

COUNT-OFFENSE
D.

I HEREBY CERTIFY THAT THIS IS A TRUE COPY, GIVEN UNDER MY HAND AND SEAL. THIS ___ DAY OF _____ 199_.

_____
CLERK-MAGISTRATE
ASSISTANT CLERK

THE COURT HAS ORDERED THAT A  ☒ WARRANT   ISSUE AGAINST THE ABOVE DEFENDANT
                              ☐ DEFAULT WARRANT

Therefore you are hereby commanded to arrest the above named defendant and bring the defendant forthwith before this court to answer to the offense(s) listed above and to be dealt with according to law.

| FIRST JUSTICE | DATE OF ISSUE | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|---|
| WITNESS: HANLON, SYDNEY | 01/21/1997 | |

Exhibit B



*The Commonwealth of Massachusetts*

DISTRICT ATTORNEY OF SUFFOLK COUNTY
RALPH C. MARTIN, II

NEW COURT HOUSE
BOSTON, MASSACHUSETTS 02108

Telephone (617) 725-8600

April 14, 1997

Honorable Donald K. Stern
United States Attorney
J.W. McCormack POCH
Post Office Square
Boston, MA 02119

RE: *Commonwealth v. Razelle Williams* (DOB 02/16/71)

Dear Mr. Stern:

The above-named defendant presently has warrant #9707CR00474 dated January 21, 1997 outstanding in the Dorchester District Court. This warrant charges him with the crime of Murder and is punishable by up to life imprisonment in state prison pursuant to M. G. L. c. 265, § 1.

As a result of information received by this office, it is believed that the subject may be in or near the Country of Jamaica.

I respectfully request that a Federal Unlawful Flight Warrant be issued for the apprehension of this subject. If arrested, the Suffolk County District Attorney's Office will immediately initiate proceedings to return the subject to the Commonwealth of Massachusetts.

Please contact Lt. Det. James T. Curran, of this office, if any further information is required. (617)725-8680.

Very truly yours,

Ralph C. Martin II
District Attorney

Exhibit C