UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.              )   Magistrate Judge No. 97-47-LPC<br>)<br>RAZELLE WILLIAMS           ) | |

### DISMISSAL OF COMPLAINT

The United States, by and through United States Attorney, Michael J. Sullivan, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, dismisses the Complaint filed May 15, 1997, charging Unlawful Flight To Avoid Prosecution in violation of Title 18, United States Code, Section 1073, for the reason that the defendant was apprehended and prosecuted federally on charges that included his state charge of murder in the case of United States v. Tyrone Lacy, et al., Criminal No. 98-10185 (see attached Nolle Prosequi). Further prosecution for this federal violation is not in the interests of justice.

Respectfully submitted this 8th day of March, 2005.

                                MICHAEL J. SULLIVAN
                                United States Attorney

                          By:   _____
                                JAMES B. FARMER
                                Deputy First Assistant
                                United States Attorney
                                and Criminal Chief

                                PATRICK M. HAMILTON
                                Assistant U.S. Attorney

Leave To File Granted,
This ___ day of March, 2005.
_____
CHARLES B. SWARTWOOD
United States Magistrate Judge

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

DORCHESTER TRIAL COURT,
CRIMINAL DIVISION
COMPLAINT NO.: 9707 CR 00474

COMMONWEALTH OF MASSACHUSETTS

.V.

RAZELLE WILLIAMS *aka* BASIL WILLIAMS

## *NOLLE PROSEQUI*

Pursuant to Mass. R. Crim. P.16 (a), the Commonwealth hereby files a *nolle prosequi* in the above-referenced complaint. The Commonwealth states that as grounds herefore:

(1). On January 21, 1997, the said complaint issued against the defendant, Razelle Williams aka Basil Williams, charging him, in part, with Murder. G.L. c. 265, s. 1;

(2). Defendant has been, or is being, prosecuted, federally, for crimes arising out of the incident(s) premising the issuance of the said complaint and, as a result thereof, the Commonwealth enters this *nolle prosequi* in deference to that federal prosecution.

The entry of a *nolle prosequi* in said Complaint is in the interest of justice.

FOR THE COMMONWEALTH,

RALPH C. MARTIN, II,
District Attorney

By his Assistant:

Date: 2/15/02

Sean F. Donahue,
Assistant District Attorney